UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA U. LEVY, | No. 2:13-cv-1432 JAM CKD PS |
| Plaintiff, | |
| v. | ORDER |
| W. LYNNE BROWN, et al., | |
| Defendants. | |

Plaintiff is proceeding in this action pro se. Plaintiff alleges diversity as the basis of subject matter jurisdiction. The federal venue statute requires that a civil action wherein jurisdiction if founded only on diversity of citizenship may be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(a).

In this action, plaintiff is suing her former attorneys, who are located in Los Angeles, California, for actions taken during the prosecution of a worker's compensation claim against the Los Angeles Unified School District. Because defendants reside in Los Angeles and a substantial part of the events giving rise to the claim occurred in Los Angeles, this action should have been

1

filed in the United States District Court, Central District of California, Western Division.[1]  In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

      Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court, Central District of California, Western Division.

Dated:  August 12, 2013

      _____
      CAROLYN K. DELANEY
      UNITED STATES MAGISTRATE JUDGE

4 levy1432.tra

---

[1]  It appears from the allegations of the complaint that plaintiff has been declared a vexatious litigant in the Central District and must post a security in the sum of $5,000 in order to file a complaint.